**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Karen C. Bifferato
Partner
TEL (302) 888-6221
FAX (302) 658-0380
EMAIL kbifferato@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

April 13, 2005

**BY HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

      Re:  JPMorgan Chase Bank v. U.S. Bank National
          Association, C.A. No. 04-951 (JJF) (D. Del.)

Dear Judge Farnan:

  As you know, U.S. Bank National Association ("U.S. Bank") and JPMorgan Chase Bank ("JPMorgan"), in their respective capacities as trustees, are parties to an appeal from the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") relating to distributions under the confirmed plan of reorganization ("Plan") of Oakwood Homes Corp. and its affiliates ("Debtors") [Bankruptcy Case No. 02-13396]. Pursuant to order dated July 6, 2004 ("Reserve Order"), the Bankruptcy Court conditioned a stay pending appeal on JPMorgan posting a bond or letter of credit as security for any economic loss to creditors of the Debtors pending JPMorgan's appeal of the Reserve Order. The Reserve Order appeal is fully briefed and awaiting decision from this Court.

  As you also know, U.S. Bank and JPMorgan are parties to a second appeal from the Bankruptcy Court regarding allowance of claims of JPMorgan as part of the bankruptcy case ("Claims Orders"). Pursuant to order dated February 17, 2005, this Court affirmed the decisions of the Bankruptcy Court. JPMorgan has appealed the February 17, 2005 decision of this Court to the Third Circuit Court of Appeals.

  By its memorandum and order dated September 28, 2004 ("Stay Order") [C.A. No. 04-951, D.I. 22], this Court granted the emergency motion of JPMorgan for a stay pending

The Honorable Joseph J. Farnan, Jr.
April 13, 2005
Page 2

appeal of the Claims Orders and Reserve Order without posting a bond. The Stay Order provides that distribution of approximately $61,000,000 under the Debtors' Plan shall be stayed without posting a bond pending successful mediation or final resolution of the Reserve Order appeal. On October 8, 2004, U.S. Bank filed a motion to reconsider ("Motion to Reconsider") the Stay Order, which motion is currently pending in this Court.

By consent of the parties, mediation of the Reserve Order appeal concluded and this Court entered its briefing schedule for the Reserve Order appeal. As noted above, the parties have fully briefed the appeal and are awaiting a decision or oral argument before this Court.

In recent discussions regarding the Claims Orders appeal to the Third Circuit, U.S. Bank learned that JPMorgan contends that the Stay Order operates to stay any distribution of the approximately $61,000,000 in cash under the Plan until final resolution of the Reserve Order appeal through the Third Circuit Court of Appeals. U.S. Bank contends that the Stay Order only operates to stay distribution of the approximately $61,000,000 in cash only through final resolution of the Reserve Order appeal by this Court. Thereafter, JPMorgan must seek a stay pending appeal with the Third Circuit Court of Appeals.

U.S. Bank respectfully requests that this Court schedule a hearing on its Motion to Reconsider to clarify this issue prior to a ruling on the Reserve Order appeal. In light of the fact that this Court affirmed the decisions of the Bankruptcy Court regarding the Claims Orders, JPMorgan's interpretation of the Stay Order, to the extent correct, unfairly prejudices the rights of U.S. Bank and its constituency.

Respectfully yours,

Karen C. Bifferato

cc:  Clerk, U.S. District Court (by hand)
     Russell C. Silberglied, Esq. (by hand)
     Robert J. Dehney, Esq. (by hand)
     Eric L. Schnabel, Esq. (by hand)
     Mark S. Kenney, Esq. (by hand)
     Christopher D. Loizides, Esq. (by hand)
     William F. Taylor, Jr., Esq. (by hand)
     Laurie Selber Silverstein, Esq. (by hand)
     Robert J. Stark, Esq. (by facsimile and first-class mail)
     M. William Munno, Esq. (by facsimile and first-class mail)
     Robert C. Goodrich, Jr., Esq. (by facsimile and first-class mail)
     Michael J. Reilly, Esq. (by facsimile and first-class mail)

The Honorable Joseph J. Farnan, Jr.
April 13, 2005
Page 3

    Timothy B. DeSieno, Esq. (by facsimile and first-class mail)
    Steven G. Varner, Esq. (by facsimile and first-class mail)
    Alex P. Herrington, Jr., Esq. (by facsimile and first-class mail)
    Peter Partee, Esq. (by facsimile and first-class mail)
    Rheba Rutkowski, Esq. (by facsimile and first-class mail)
    G. Eric Brunstad, Jr., Esq. (by facsimile and first-class mail)
    Michael B. Fisco, Esq. (by facsimile and first-class mail)
    Abby E. Wilkinson, Esq. (by facsimile and first-class mail)

390993