## CERTIFICATE OF SERVICE

I, Gilbert R. Saydah, Jr., certify that I am not less than 18 years of age, and that service of the **Motion Of The OHC Liquidation Trust For Partial Relief From The Court's September 28, 2004 Order Granting Appellant's Motion For A Stay Pending Appeal** was caused to be served on August 5, 2005, was caused to be served on the parties in the manner indicated on the attached service list.

Date: August 5, 2005
Wilmington, Delaware

_____
Gilbert R. Saydah, Jr., Esq. (#4304)

**BY HAND DELIVERY**

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street
Wilmington, DE 19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

William F. Taylor Jr., Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
Wilmington, DE 19899

Laurie Selber Silverstein, Esq.
Potter, Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899

Eric L. Schnabel, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19899

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street
Lock Box 2313
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL**

John J. Galban, Esq.
M. William Munno, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Robert C. Goodrich Jr., Esq.
Stites & Harbison
424 Church Street
Suite 1800
Nashville, TN  37219

Alex P. Herrington Jr., Esq.
Stites & Harbison
400 West Market Street
Suite 1800
Louisville, KY  40202

Rheba Rutkowski, Esq.
Bingham McCutchen
150 Federal Street
Boston, MA  02110

Timothy B. DeSieno, Esq.
Bingham McCutchen
399 Park Avenue
New York, NY  10022

Michael B. Fisco, Esq.
Abby E. Wilkinson, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

G. Eric Brunstad, Jr., Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103

Steven G. Varner
Alvarez & Marsal, LLC
633 West Fifth Street
Suite 2560
Los Angeles, CA  90071

Peter Partee, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

423972                                2