UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OAKWOOD HOMES CORP., <u>et al.</u>, | Bankr. Case No. 02-13396 (PJW) |
| Debtors. | Jointly Administered |
| JPMORGAN CHASE BANK, TRUSTEE | Civil Action No. 04-CV-951 (JJF) |
| Appellant, | |
| - against - | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Appellee. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 9, 2005, copies of the proposed Order (D.I. 48) regarding the Motion Of The OHC Liquidation Trust For Partial Relief From The Court's September 28, 2004 Order Granting Appellant's Motion For A Stay Pending Appeal were served in the manner indicated upon the entities identified on the attached service list.

Dated: August 9, 2005
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Gilbert R. Saydah, Jr.*
Robert J. Dehney (No. 3578)
Michael G. Busenkell (No. 3933)
Gilbert R. Saydah, Jr. (No. 4304)
Curtis S. Miller (No. 4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

BROWN RUDNICK BERLACK ISRAELS, LLP
Robert J. Stark
120 West 45th Street
New York, NY 10036
(212) 704-0100

Co-Counsel for the OHC Liquidation Trus