**BY HAND DELIVERY**

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19899

William F. Taylor Jr., Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
Wilmington, DE  19899

Laurie Selber Silverstein, Esq.
Potter, Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899

Eric L. Schnabel, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19899

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street
Lock Box 2313
Wilmington, DE  19801

423972                                        1

**BY FIRST CLASS U.S. MAIL**

| | |
|---|---|
| John J. Galban, Esq.<br>M. William Munno, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY  10004 | Michael B. Fisco, Esq.<br>Abby E. Wilkinson, Esq.<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 |
| Robert C. Goodrich Jr., Esq.<br>Stites & Harbison<br>424 Church Street<br>Suite 1800<br>Nashville, TN  37219 | G. Eric Brunstad, Jr., Esq.<br>Bingham McCutchen<br>One State Street<br>Hartford, CT  06103 |
| Alex P. Herrington Jr., Esq.<br>Stites & Harbison<br>400 West Market Street<br>Suite 1800<br>Louisville, KY  40202 | Steven G. Varner<br>Alvarez & Marsal, LLC<br>633 West Fifth Street<br>Suite 2560<br>Los Angeles, CA  90071 |
| Rheba Rutkowski, Esq.<br>Bingham McCutchen<br>150 Federal Street<br>Boston, MA  02110 | Peter Partee, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219 |
| Timothy B. DeSieno, Esq.<br>Bingham McCutchen<br>399 Park Avenue<br>New York, NY  10022 | |