IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OAKWOOD HOMES CORP. *et al.*, ) | Bankr. Case No. 02-13396 (PJW) |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |
| JPMORGAN CHASE BANK, TRUSTEE, ) | |
| ) | Dist. Ct. Case Nos. 04-CV-951 (JJF) |
| Appellant, ) | |
| ) | |
| - against - ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| ) | |
| Appellee. ) | |

### CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on August 15, 2005 a copy of the foregoing **Limited Opposition and Alternative Proposals of JPMorgan Chase Bank in Response to the OHC Liquidation Trust's Motion for Partial Relief from the Court's September 28, 2004 Order Granting Appellant's Motion for Stay Pending Appeal** was served on the parties on the attached list and in the manner indicated thereon.

/s/ Jason M. Madron
Jason M. Madron (Del. Bar No. 4431)

RLF1-2910978-1

## Service List for Oakwood Homes Corporation, Civil Action No. 04-951 (JJF)

*Via Hand Delivery and Electronic Mail:*

Karen C. Bifferato, Esquire
Christina Thompson, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
E-Mail: kcb@cblhlaw.com
        cthompson@cblh.com
        mphillips@cblh.com

Derek C. Abbott, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, Delaware 19899
E-Mail: dabbott@mnat.com
        rdehney@mnat.com

*Via Federal Express and Electronic Mail:*

Michael B. Fisco, Esquire
Abby E. Wilkinson, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
E-Mail: MFisco@faegre.com
E-Mail: AWilkinson@faegre.com

Robert Stark, Esquire
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, New York 10036
E-Mail: rstark@brownrudnick.com

*Via Hand Delivery:*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Lockbox 2313
Wilmington, Delaware 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, Delaware 19801

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

*Via Federal Express:*

John J. Galban, Esquire
M. William Munno, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

RLF1-2784629-1

*Via Federal Express:*

Rheba Rutkowski, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Michael J. Reilly, Esquire
Anna M. Boelitz, Esquire
Michael C. D'Agostino, Esquire
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103

Steven G. Varner, Esquire
Alvarez & Marsal
633 West 5th Street
Suite 2560
Los Angeles, California 90071

Robert C. Goodrich, Jr., Esquire
Alex P. Herrington, Jr., Esquire
Stites & Harbison, PLLC
SunTrust Center, Suite 1800
424 Church Street
Nashville, Tennessee 37219-2376

Peter Partee, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074