IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OAKWOOD HOMES CORPORATION, *et al.*, | Bankr. Case No. 02-13396 (PJW) |
| Debtors. | Jointly Administered |
| JPMORGAN CHASE BANK, TRUSTEE, | |
| Appellant, | |
| vs. | Civil Action No. 04-951-JJF |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Appellee. | |

**STATEMENT OF THE OHC LIQUIDATION TRUST
IN RESPONSE TO THE *LIMITED OPPOSITION AND
ALTERNATIVE PROPOSALS OF JPMORGAN CHASE BANK
IN RESPONSE TO THE OHC LIQUIDATION TRUST'S MOTION
FOR PARTIAL RELIEF FROM THE COURT'S SEPTEMBER 28, 2004
ORDER GRANTING APPELLANT'S MOTION FOR STAY PENDING APPEAL***

The OHC Liquidation Trust (the "Trust"), by and through its undersigned counsel, respectfully submits this statement in response to the *Limited Opposition and Alternative Proposals of JPMorgan Chase Bank in Response to the OHC Liquidation Trust's Motion for Partial Relief from the Court's September 28, 2004 Order Granting Appellant's Motion for Stay Pending Appeal*, dated August 15, 2005 (the "JPMorgan Response").

1.      The following representations are made in the JPMorgan Response: (a) "[u]pon information and belief, the Trustee has indicated that recovery is currently estimated to be 50% or more" (JPMorgan Response at ¶ 1); (b) "Section 8(c) of the Plan expressly requires a Disputed Claims Reserve of $36,704,574 for the Limited Guarantee Claims, based on the current estimated 50% recovery under the Plan for unsecured creditors" (id. at 9); and (c) "the Trustee has indicated that recovery is currently estimated to be 50% or more" (id. at 10).

2.      These representations are inaccurate. Neither the Trust nor its trustee (the "Trustee") have ever publicly or privately provided any party or any court an estimate of total recoveries to unsecured creditors. Accordingly, the Trust and Trustee refute any attribution to them of any estimate of total recoveries to unsecured creditors in the cases, including the statement that recoveries are "estimated to be 50% or more."

3.      To date, the Trust has distributed to unsecured creditors and into disputed claims reserves 22.25% of amounts claimed. No guarantees or assurances can be given regarding the amount or extent of further distributions to unsecured creditors.

Dated:  Wilmington, Delaware
        August 17, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ JR Saydah
_____
Robert J. Dehney (No. 3578)
Michael G. Busenkell (No. 3933)
Gilbert R. Saydah, Jr. (No. 4304)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Tele:   (302) 658-9200
Fax:    (302) 658-3989

– and –

**BROWN RUDNICK BERLACK ISRAELS LLP**
Robert J. Stark
Seven Times Square
New York, New York 10036
Tele:  (212) 209-4800
Fax:   (212-209-4801
Email: rstark@brownrudnick.com

**CO-COUNSEL TO THE OHC LIQUIDATION TRUST**