## CERTIFICATE OF SERVICE

I, Gilbert R.. Saydah, Jr., certify that I am not less than 18 years of age, and that service of the **Statement Of The OHC Liquidation Trust In Response To The Limited Opposition And Alternative Proposals Of JPMorgan Chase Bank In Response To The OHC Liquidation Trust's Motion For Partial Relief From The Court's September 28, 2004 Order Granting Appellant's Motion For Stay Pending Appeal** was caused to be served on August 17, 2005 on the parties and by the means indicated on the attached service list.

Date: August 17, 2005
Wilmington, Delaware

Gilbert R. Saydah, Jr. (No. 4304)

478440