## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 18th day of August, 2005, I caused a copy of the foregoing **Response of U.S. Bank National Association, as Indenture Trustee, in Support of the Motion of the OHC Liquidation Trust for Partial Relief from the Court's September 28, 2004 Order Granting Appellant's Motion for a Stay Pending Appeal** to be served upon the parties indicated below in the manner indicated below.

/s/ Marc J. Phillips
Marc J. Phillips (No. 4445)

**BY HAND DELIVERY AND ELECTRONIC MAIL:**

Robert J. Dehney, Esq.
Derek C. Abbott, Esq.
Gilbert R. Saydah, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Eric L. Schnabel, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**:

Robert J. Stark, Esq.  
Brown Rudnick Berlack Isaraels LLP  
120 West 45th Street  
New York, NY 10036  
New York, NY 10004  

M. William Munno, Esq.  
John J. Galban, Esq.  
Seward & Kissel LLP  
One Battery Park Plaza  

Robert C. Goodrich, Jr., Esq.  
Madison L. Cashman, Esq.  
Stites & Harbison PLLC  
Sun Trust Center, Suite 1800  
424 Church Street  
Nashville, TN 37219  

Timothy B. DeSieno, Esq.  
Bingham McCutchen LLP  
399 Park Avenue  
New York, NY 10022  

Alex P. Herrington, Jr., Esq.  
Stites & Harbison, PLLC  
400 West Market Street, Suite 1800  
Louisville, KY 40202  

Rheba Rutkowski, Esq.  
Bingham & McCutchen LLP  
150 Federal Street  
Boston, MA 02110  

Michael J. Reilly, Esq.  
Anna M. Boelitz, Esq.  
Michael C. D'Agostino, Esq.  
Bingham McCutchen LLP  
One State Street  
Hartford, CT 06103  

Steven G. Varner, Esq.  
Alvarez & Marsal, LLC  
633 West FifthStreet Suite 2560  
Los Angeles, CA 90071  

Peter Partee, Esq.  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219-4074  

G. Eric Brunstad, Jr., Esq.  
Bingham McCutchen LLP  
One State Street  
Hartford, CT 06103  

412672

2