IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| OAKWOOD HOMES CORP. et al., : | |
| : | Bankruptcy No. 02-13396 (PJW) |
| Debtors. : | |
| : | |
| JPMORGAN CHASE BANK, Trustee, : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 04-951-JJF |
| : | |
| U.S. NATIONAL BANK ASSOCIATION,: | |
| : | |
| Appellee. : | |

**FINAL ORDER**

At Wilmington, this 18th day of August 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's July 6, 2004 Reserve Order is **AFFIRMED**.

2. The Court's Stay Order is clarified so that the stay does not operate through JPMorgan Chase Bank's appeal to the Third Circuit, and therefore, the stay if lifted with the entry of this Order.

3. The Motion For Reconsideration Of This Court's Order Granting A Stay Pending Appeal Without Bond (D.I. 22), Or Alternatively, To Expedite Consideration And Resolution Of The Mandatory Mediation And Appeals Process filed by U.S. Bank

National Association, in its capacity as Indenture Trustee is **DENIED AS MOOT**.

    4.    The Motion Of The OHC Liquidation Trust For Partial Relief From The Court's September 28, 2004 Order Granting Appellant's Motion For Stay Pending Appeal (D.I. 47) is **DENIED AS MOOT**.

    5.    JPMorgan Chase Bank is directed to post a bond or letter of credit in accordance with the Bankruptcy Court's July 6, 2004, by no later than September 2, 2005. In the event JPMorgan fails to post the requisite bond or obtain a further stay in the Third Circuit, OHC Liquidation Trust shall have no obligation to maintain the reserve fund beyond September 2, 2005.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT COURT