IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OAKWOOD HOMES CORP *et al*, ) | Bankr Case No 02-13396 (PJW) |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |
| JPMORGAN CHASE BANK, ) | |
| as Trustee, ) | |
| ) | Dist. Ct Case No 04-CV-951 (JJF) |
| Appellant, ) | |
| ) | |
| - against - ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| as Indenture Trustee, ) | |
| ) | |
| Appellee ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(d) and Fed R App 3(a), JPMorgan Chase Bank ("JPMorgan"), in its capacity as successor trustee on behalf of the appealing holders of certain Class B-2 Certificates issued by certain non-debtor REMIC trusts formed by debtor Oakwood Homes Corporation, by and through the undersigned counsel, hereby gives notice of appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the District of Delaware (Farnan, J.), entered August 19, 2005 in the above-captioned case (DI 54), affirming the July 7, 2004 order of the United States Bankruptcy Court for the District of Delaware, which denied the motion of JPMorgan for an order establishing a Disputed Claims Reserve in accordance with the negotiated terms of the debtors' confirmed plan of reorganization.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Appellants | Counsel |
|---|---|
| JPMorgan Chase Bank, as Trustee, and appealing B-2 Holders Jefferson Pilot Corporation, Tyndall Partners, LP, Tyndall Institutional Partners, LP, Academy Life Insurance Company, Life Investors Insurance Company of America, Monumental Life Insurance Company, People's Benefit Life Insurance Company, and Transamerica Life Insurance Company | Russell C. Silberglied (DE No. 3462) Jason M. Madron (DE No. 4431) RICHARDS, LAYTON & FINGER, P.A. One Rodney Square P.O. Box 551 Wilmington, Delaware 19899 (302) 651-7545 <br><br> M. William Munno John J. Galban SEWARD & KISSEL LLP One Battery Park Plaza New York, New York 10004 (212) 574-1602 (representing JPMorgan, as Trustee, only) <br><br> Robert C. Goodrich, Jr. Madison L. Cashman (DE No. 4079) STITES & HARBISON, PLLC SunTrust Center, Suite 1800 424 Church Street Nashville, Tennessee 37219 (615) 782-2200 <br><br> Alex P. Herrington, Jr. STITES & HARBISON, PLLC 400 West Market Street, Suite 1800 Louisville, Kentucky 40202 (502) 587-3400 <br><br> G. Eric Brunstad, Jr. BINGHAM McCUTCHEN LLP One State Street Hartford, CT 06103 (860) 240-2700 <br><br> Timothy B. DeSieno BINGHAM McCUTCHEN LLP 399 Park Avenue New York, New York 10022 (212) 705-7000 <br><br> Rheba Rutkowski BINGHAM McCUTCHEN LLP 150 Federal Street Boston, Massachusetts 02110 (617) 951-8000 |

| Appellee | Counsel |
|---|---|
| U.S. Bank National Association, as Indenture Trustee | Michael B. Fisco<br>Abby E. Wilkinson<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>(612) 766-7000<br><br>Karen C. Bifferato (DE No. 3279)<br>Christina Thompson (DE No. 3976)<br>Marc J. Phillips (DE No. 4445)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141 |

| Liquidation Trust | Counsel |
|---|---|
| Oakwood Homes Corporation Liquidation Trust | Robert J. Dehney (DE No. 3578)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 198899-1347<br>(302) 658-9200<br><br>Robert Stark, Esquire<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>120 West 45th Street<br>New York, New York 10036<br>(212) 209-4862 |

Dated: August 29, 2005
Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*
Russell C. Silberglied (DE No. 3462)
Jason M. Madron (DE No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7545

- and -

M. William Munno
John J. Galban
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

- and -

Robert C. Goodrich, Jr.
Madison L. Cashman (DE No. 4079)
STITES & HARBISON, PLLC
SunTrust Center, Suite 1800
424 Church Street
Nashville, TN 37219
(615) 782-2200

- and -

Alex P. Herrington, Jr.
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
(502) 587-3400

- and -

G. Eric Brunstad, Jr.
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700

- and -

RLF1-2916301-1

Timothy B. DeSieno
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

- and -

Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Co-Counsel for JPMorgan Chase Bank, as Trustee*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORP. *et al.*, | ) | Bankr. Case No. 02-13396 (PJW) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| JPMORGAN CHASE BANK, as Trustee, | ) ) ) | |
| | ) | Dist. Ct. Case No. 04-CV-951 (JJF) |
| Appellant, | ) | |
| | ) | |
| - against - | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee, | ) ) ) | |
| | ) | |
| Appellee | ) | |

**CERTIFICATE OF SERVICE**

I, Jason M. Madron, do hereby certify that on August 29, 2005 a copy of the foregoing **Notice of Appeal [JP Morgan Chase Bank, as Trustee]** was served on the parties on the attached list and in the manner indicated thereon.

_____
Jason M. Madron (Del. Bar No. 4431)

RLF1-2916286-1

<u>**Service List for Oakwood Homes Corporation,**</u>
<u>**Civil Action No. 04-951 (JJF)**</u>

*Via Hand Delivery and Electronic Mail:*

Karen C. Bifferato, Esquire
Christina Thompson, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
E-Mail: kcb@cblhlaw.com
cthompson@cblh.com
mphillips@cblh.com

Derek C. Abbott, Esquire
Robert J. Dehney, Esquire
Gilbert R. Saydah, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
E-Mail: dabbott@mnat.com
rdehney@mnat.com
gsaydah@mnat.com

*Via Federal Express and Electronic Mail:*

Michael B. Fisco, Esquire
Abby E. Wilkinson, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
E-Mail: MFisco@faegre.com
E-Mail: AWilkinson@faegre.com

Robert Stark, Esquire
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, New York 10036
E-Mail: rstark@brownrudnick.com

*Via Hand Delivery:*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Lockbox 2313
Wilmington, Delaware 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, Delaware 19801

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

*Via Federal Express:*

John J. Galban, Esquire
M. William Munno, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

*Via Federal Express:*

Rheba Rutkowski, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Michael J. Reilly, Esquire
Anna M. Boelitz, Esquire
Michael C. D'Agostino, Esquire
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103

Steven G. Varner, Esquire
Alvarez & Marsal
633 West 5th Street
Suite 2560
Los Angeles, California 90071

Robert C. Goodrich, Jr., Esquire
Alex P. Herrington, Jr., Esquire
Stites & Harbison, PLLC
SunTrust Center, Suite 1800
424 Church Street
Nashville, Tennessee 37219-2376

Peter Partee, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074