UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OAKWOOD HOMES CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| ACADEMY LIFE INSURANCE COMPANY,<br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA,<br>MONUMENTAL LIFE INSURANCE COMPANY,<br>PEOPLES BENEFIT LIFE INSURANCE COMPANY, and<br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Appellants,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>Appellee. | Dist. Ct. Case No. 04-CV-951 (JJF) |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. 3(a), Academy Life Insurance Company, Life Investors Insurance Company of America, Monumental Life Insurance Company, Peoples Benefit Life Insurance Company, and Transamerica Life Insurance Company, holder of certain Class B-2 Certificates (the "AEGON B-2 Holders") issued by certain non-debtor REMIC trusts ('REMIC Trusts" formed by debtor Oakwood Homes Coporation ('OHC"), by and through the undersigned counsel, hereby give notice of appeal to the United States Court of Appeals for the Third Circuit from the final order of

the United States District Court for the District of Delaware (Farnan, J.), entered August 19, 2005, in the above-captioned case (DI 54), affirming the July 7, 2004 order of the United States Bankruptcy Court for the District of Delaware, which denied the motion of JPMorgan Chase Bank, in its capacity as successor trustee on behalf of certain B-2 Holders (including the AEGON B-2 Holders) for an order establishing a Disputed Claims Reserve in accordance with the negotiated terms of the debtors' confirmed plan of reorganization.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Appellants | Counsel |
|---|---|
| JPMorgan Chase Bank, as Trustee, and Appealing B-2 Holders: Jefferson-Pilot Life Insurance Company, Jefferson Pilot Financial Insurance Company, Tyndall Partners, LP, Tyndall Institutional Partners, LP, Academy Life Insurance Company, Life Investors Insurance Company of America, Monumental Life Insurance Company, People's Benefit Life Insurance Company, and Transamerica Life Insurance Company | Russell C. Silberglied (DE No. 3462) Jason M. Madron (DE No. 4431) RICHARDS, LAYTON & FINGER, P.A. One Rodney Square P.O. Box 551 Wilmington, Delaware 19899 (302) 651-7545<br><br>M. William Munno John J. Galban SEWARD & KISSEL LLP One Battery Park Plaza New York, New York 10004 (212) 574-1602 (representing JPMorgan, as Trustee, only)<br><br>Robert C. Goodrich Jr. Madison L. Cashman (DE No. 4079) STITES & HARBISON PLLC SunTrust Center, Suite 1800 424 Church Street Nashville, Tennessee 37219 (615) 244-5200 |

| Appellants | Counsel |
|---|---|
| | Alex P. Herrington Jr.<br>STITES & HARBISON PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>(502) 587-3400<br><br>G. Eric Brunstad Jr.<br>BINGHAM McCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2700<br><br>Timothy B. DeSieno<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 705-7000<br><br>Rheba Rutkowski<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, Massachusetts 02110<br>(617) 951-8000 |

| Appellee | Counsel |
|---|---|
| U.S. Bank National Association, as Indenture Trustee | Michael B. Fisco<br>Abby E. Wilkinson<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>(612) 766-7000<br><br>Karen C. Bifferato (DE No. 3279)<br>Christina Thompson (DE No. 3976)<br>Marc J. Phillips (DE No. 4445)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141 |

CA156:CA679:637748:1:NASHVILLE
8/29/05

| Liquidation Trust | Counsel |
|---|---|
| Oakwood Homes Corporation Liquidation Trust | Robert J. Dehney (DE No. 3578)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>Post Office Box 1347<br>Wilmington, Delaware 198899-1347<br>(302) 658-9200<br><br>Robert J. Stark<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>120 West 45th Street<br>New York, New York 10036<br>(212) 704-0100 |

Dated: August 29, 2005

Respectfully submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (DE No. 3968)
LOIZIDES & ASSOCIATES
800 Legal Arts Building
1225 King Street
Wilmington, Delaware 19801
(302) 654-0248    Fax (302) 654-0728

- and -

Robert C. Goodrich Jr.
Madison L. Cashman (DE No. 4079)
STITES & HARBISON PLLC
SunTrust Center, Suite 1800
424 Church Street
Nashville, TN 37219
(615) 244-5200    Fax (615) 742-4126

- and -

Alex P. Herrington Jr.
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
(502) 587-3400    Fax (502) 587-6391