# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| OAKWOOD HOMES CORP., *et al.*, ) | Bankr. Case No. 02-13396 (PJW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ACADEMY LIFE INSURANCE ) | |
| COMPANY, ) | |
| LIFE INVESTORS INSURANCE ) | Dist. Ct. Case No. 04-CV-951 (JJF) |
| COMPANY OF AMERICA, ) | |
| MONUMENTAL LIFE INSURANCE ) | |
| COMPANY, ) | |
| PEOPLES BENEFIT LIFE INSURANCE ) | |
| COMPANY, and ) | |
| TRANSAMERICA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| - against - ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| as Indenture Trustee, ) | |
| ) | |
| Appellee. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the foregoing NOTICE OF APPEAL to be served via electronic delivery and U.S. First Class Mail, Postage Prepaid, upon the persons shown below this 29th day of August, 2005.

/s/ Christopher D. Loizides
Christopher D. Loizides (DE No. 3968)
LOIZIDES & ASSOCIATES
800 Legal Arts Building
1225 King Street
Wilmington, Delaware 19801
(302) 654-0248     Fax (302) 654-0728

CA156:CA679:637748:1:NASHVILLE
8/29/05

| Appellants | Counsel |
|---|---|
| JPMorgan Chase Bank, as Trustee, and Appealing B-2 Holders: Jefferson-Pilot Life Insurance Company, Jefferson Pilot Financial Insurance Company, Tyndall Partners, LP, Tyndall Institutional Partners, LP, Academy Life Insurance Company, Life Investors Insurance Company of America, Monumental Life Insurance Company, People's Benefit Life Insurance Company, and Transamerica Life Insurance Company | Russell C. Silberglied (DE No. 3462)<br>Jason M. Madron (DE No. 4431)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7545<br><br>M. William Munno<br>John J. Galban<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 574-1602<br>(representing JPMorgan, as Trustee, only)<br><br>Robert C. Goodrich Jr.<br>Madison L. Cashman (DE No. 4079)<br>STITES & HARBISON PLLC<br>SunTrust Center, Suite 1800<br>424 Church Street<br>Nashville, Tennessee 37219<br>(615) 244-5200<br><br>Alex P. Herrington Jr.<br>STITES & HARBISON PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>(502) 587-3400<br><br>G. Eric Brunstad Jr.<br>BINGHAM McCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2700<br><br>Timothy B. DeSieno<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue |

CA156:CA679:637748:1:NASHVILLE
8/29/05

| Appellants | Counsel |
|---|---|
| | New York, New York 10022<br>(212) 705-7000<br><br>Rheba Rutkowski<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, Massachusetts 02110<br>(617) 951-8000 |

| Appellee | Counsel |
|---|---|
| U.S. Bank National Association, as Indenture Trustee | Michael B. Fisco<br>Abby E. Wilkinson<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>(612) 766-7000<br><br>Karen C. Bifferato (DE No. 3279)<br>Christina Thompson (DE No. 3976)<br>Marc J. Phillips (DE No. 4445)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141 |

| Liquidation Trust | Counsel |
|---|---|
| Oakwood Homes Corporation Liquidation Trust | Robert J. Dehney (DE No. 3578)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>Post Office Box 1347<br>Wilmington, Delaware 198899-1347<br>(302) 658-9200<br>Robert J. Stark<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>120 West 45th Street<br>New York, New York 10036<br>(212) 704-0100 |

CA156:CA679:637748:1:NASHVILLE
8/29/05