IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OAKWOOD HOMES CORP. *et al.*, | ) ) ) | Bankr. Case No. 02-13396 (PJW) |
| Debtors. | ) ) ) | Jointly Administered |
| JEFFERSON PILOT LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, TYNDALL PARTNERS, LP, and TYNDALL INSTITUTIONAL PARTNERS, LP, | ) ) ) ) ) ) ) ) ) | |
| Appellants, | ) ) | Dist. Ct. Case No. 04-CV-951 (JJF) |
| - against - | ) ) | |
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee, | ) ) ) | Re: Docket No. 61 |
| Appellee. | ) ) | |

## AFFIDAVIT OF SERVICE

Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on September 8, 2005 she caused copies of the **Transcript Purchase Order** to be served upon the parties set forth on the attached service list by hand (local) and by first class mail (non-local).

Dated: September 8, 2005
    Wilmington, Delaware

*Ann Jerominski*
Ann Jerominski, RP
Registered Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 12th day of September, 2005.

*Joan M. Webb*
Notary Public

JOAN M. WEBB
Notary Public - Delaware
My Comm Expires April 30, 2006

RLF1-2919560-1

## Service List for Oakwood Homes Corporation, Civil Action No. 04-951 (JJF)

*Via Hand Delivery:*

Karen C. Bifferato, Esquire
Christina Thompson, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899

Derek C. Abbott, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Lockbox 2313
Wilmington, Delaware 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, Delaware 19801

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

*Via First Class Mail:*

Michael B. Fisco, Esquire
Abby E. Wilkinson, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Robert Stark, Esquire
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, New York 10036

John J. Galban, Esquire
M. William Munno, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

Rheba Rutkowski, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Michael J. Reilly, Esquire
Anna M. Boelitz, Esquire
Michael C. D'Agostino, Esquire
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103

*Via First Class Mail:*

   Steven G. Varner, Esquire
   Alvarez & Marsal
   633 West 5th Street
   Suite 2560
   Los Angeles, California 90071

   Robert C. Goodrich, Jr., Esquire
   Alex P. Herrington, Jr., Esquire
   Stites & Harbison, PLLC
   SunTrust Center, Suite 1800
   424 Church Street
   Nashville, Tennessee 37219-2376

   Peter Partee, Esquire
   Hunton & Williams
   Riverfront Plaza, East Tower
   951 East Byrd Street
   Richmond, Virginia 23219-4074