IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OAKWOOD HOMES CORP. *et al.*, ) | Bankr. Case No. 02-13396 (PJW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| JPMORGAN CHASE BANK, ) | |
| as Trustee, ) | |
| ) | Dist. Ct. Case No. 04-CV-951 (JJF) |
| Appellant, ) | |
| ) | |
| - against - ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| as Indenture Trustee, ) | |
| ) | |
| Appellee. ) | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, do hereby certify that on the 12th day of September, 2005, I did cause to be served true and correct copies of the attached **Transcript Order Form** on the parties on the attached service list, as indicated thereon.

Dated: September 12, 2005

Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   Loizides@loizides.com

*Counsel to AEGON B-2 Holders*

**SERVICE LIST**

**VIA HAND-DELIVERY**

Clerk
U.S. District Court, District of Delaware
844 No. King Street, Room 4209
Wilmington, DE 19801

Hawkins Reporting Service
715 No. King Street
Wilmington, DE 19801

**VIA FIRST-CLASS MAIL**

Abby E. Wilkinson, Esquire
Faegre & Benson LLP.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Steven G. Varner, Esquire
Alvarez & Marsal
633 West Fifth Street, Suite 2560
Los Angeles, CA 90071

William F. Taylor, Esquire
McCarter & English, LLP
919 No. Market Street, Suite 1800
Wilmington, DE 19801

Robert J. Stark, Esquire
Brown Rudnick Berlack & Israels, LLP
120 West 45th Street
New York, NY 10036

Laurie Silverstein, Esquire
Potter Anderson & Corroon
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Russell C. Silberglied, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P. O . Box 551
Wilmington, DE 19899-0551

Eric Schnabel, Esquire
Klett Lieber Rooney & Schorling
One Commerce Center
1000 West Street, Suite 1410
Wilmington, DE 19801

Gilbert R. Saydah, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Rheba Rutkowski, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Michael J. Reilly, Esquire
Bingham McCutchen
One State Street
Hartford, CT 06103

Peter Partee, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

M. William Munno, Esquire
Seward & Kissell, LLP
One Battery Park Plaza
New York, NY 10004

Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

Michael Herrington, Esquire
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Robert Goodrich, Esquire
Stites & Harbison, PLLC
424 Church Street, Suite 1800
Nashville, TN 37219-2376

John J. Galban, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Timothy B. DeSieno, Esquire
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Robert Dehney, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Karen Bifferato, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 No. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

G. Eric Jr. Brunstad Jr., Esquire
Bingham McCutchen
One State Street
Hartford, CT 06103

Anna M. Boelitz, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347