**CERTIFICATE OF SERVICE**

I, Marc J. Phillips, hereby certify that on the 22nd day of September, 2005, I caused a copy of the foregoing **Designation by U.S. Bank National Association, in its capacity as Indenture Trustee, of Additional Items to be Included in the Record on Appeal** to be served upon the parties indicated below in the manner indicated below.

                                                /s/ Marc J. Phillips
                                                Marc J. Phillips (No. 4445)

**BY HAND DELIVERY AND ELECTRONIC MAIL:**

Robert J. Dehney, Esq.
Derek C. Abbott, Esq.
Gilbert R. Saydah, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Eric L. Schnabel, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**:

| | |
|---|---|
| Robert J. Stark, Esq.<br>Brown Rudnick Berlack Isaraels LLP<br>120 West 45th Street<br>New York, NY 10036 | M. William Munno, Esq.<br>John J. Galban, Esq.<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY  10004 |
| Robert C. Goodrich, Jr., Esq.<br>Madison L. Cashman, Esq.<br>Stites & Harbison PLLC<br>Sun Trust Center, Suite 1800<br>424 Church Street<br>Nashville, TN 37219 | Timothy B. DeSieno, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY  10022 |
| Alex P. Herrington, Jr., Esq.<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202 | Rheba Rutkowski, Esq.<br>Bingham & McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 |
| Michael J. Reilly, Esq.<br>Anna M. Boelitz, Esq.<br>Michael C. D'Agostino, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT  06103 | Steven G. Varner, Esq.<br>Alvarez & Marsal, LLC<br>633 West FifthStreet Suite 2560<br>Los Angeles, CA 90071 |
| Peter Partee, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219-4074 | G. Eric Brunstad, Jr., Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 |

#418350