UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-4047

In Re: Oakwood Homes, et al.

vs.

Academy Life Ins Co., et al., Appellants

(Delaware District Bankruptcy No. 04-cv-00951)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



A True Copy:

Marcia M. Waldron, Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: December 19, 2005

cc:
    Jason M. Madron, Esq.
    Russell C. Silberglied, Esq.
    Rheba Rutkowski, Esq.
    Timothy B. DeSieno, Esq.
    G. Eric Brunstad Jr., Esq.
    Robert J. Dehney, Esq.
    Gilbert R. Saydah Jr., Esq.
    Robert J. Stark, Esq.
    Karen C. Bifferato, Esq.
    Jeffrey C. Wisler, Esq.
    Marc J. Phillips, Esq.
    Michael B. Fisco, Esq.
    John J. Galban, Esq.
    Robert C. Goodrich Jr., Esq.
    Christopher D. Loizides, Esq.
    Marie C. Bifferato, Esq.