CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00951-JJF
### Internal Use Only

In Re: Oakwood Homes Corp. v.  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Demand: $0  
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 08/17/2004  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**Debtor**

**Oakwood Homes Corporation, et al**   represented by   **Robert J. Dehney**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gilbert Richard Saydah, Jr.**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: gsaydah@mnat.com
*ATTORNEY TO BE NOTICED*

**Appellant**

**JPMorgan Chase Bank**   represented by   **Russell C. Silberglied**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Fax: 302 651 7701
Email: silberglied@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Madron**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551

                                        Wilmington, DE 19899
(302) 651-7700
Fax: 302 651 7701
Email: madron@rlf.com
*ATTORNEY TO BE NOTICED*

**Appellant**

**JPMorgan Chase Bank**    represented by    **Russell C. Silberglied**
*as Trustee*                                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Madron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Jefferson Pilot Financial Insurance Company**    represented by    **Russell C. Silberglied**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Madron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Jefferson Pilot Life Insurance Company**    represented by    **Russell C. Silberglied**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Madron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Tyndall Institutional Partners LP**    represented by    **Russell C. Silberglied**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Madron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Tyndall Partners LP**    represented by    **Russell C. Silberglied**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jason Michael Madron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**AEGON B-2 Holders**   represented by   **Christopher D. Loizides**
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
(302) 654-0248
Email: loizides@loizides.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**OHC Liquidation Trust**   represented by   **Robert J. Dehney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gilbert Richard Saydah, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**U.S. Bank National Association**   represented by   **Marc J. Phillips**
*as Indenture Trustee*
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: mphillips@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Trustee Mark S. Kenney**   represented by   **Mark S. Kenney**
*TERMINATED: 05/03/2005*
Office of the United States Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801
(302) 573-6491