OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Email: silberglied@rlf.com

RE: **IN RE: OAKWOOD HOMES CORP. et al.**
    Civ. No.: 04-951 JJF

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEM(S): 5 (sealed items 2-15).

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Evette Watson_

I hereby acknowledge receipt of the above mentioned documents on  AUG 2 5 2006 .

_Brent_
Signature