OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

9/12/~~007~~
11/5/07

Russell C. Silberglied
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RE: **OAKWOOD HOMES CORP., et.al.**
CA 04-951 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   D.I. 3 (Additional Copy of Sealed Items 2-15 of Designated BK Record on Appeal.

NOTE:    (See D.I. 73 - original copy was returned to counsel on 8/25/2006).

   A copy of this acknowledgment is provided for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on   11/5/07  .

Signature